IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WENDY BITTICK, an individual,

    Plaintiff,

v.                                              Case No. 4:05-cv-405-Y

EXPERIAN INFORMATION SOLUTIONS,
INC., an Ohio corporation, et al.

    Defendants.

_____/

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Comes Now Plaintiff Wendy Bittick ("Plaintiff") and respectfully requests that the court dismiss all her claims against Experian Information Solutions, Inc. with prejudice by entering the Order filed herewith.

                                            Respectfully submitted,

                                            <u>s/Patrick D. West (by Everett Upshaw--with permission)</u>
                                            Patrick D. West
                                            SBN 21205050
                                            4420 W. Vickery Blvd.
                                            Suite 100
                                            Fort Worth, Texas 76107
                                            patrickwest@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of March, 2006, I served a true and correct copy of the foregoing by filing this document electronically with the Court.

                                            <u>s/Everett Upshaw (with consent of Patrick D. West)</u>

DLI-5986481v1