**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| WENDY BITTICK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:05-CV-405-Y |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § | |
| TRANS UNION, LLC, and EQUIFAX | § | |
| INFORMATION SERVICES, LLC | § | |

**ORDER GRANTING MOTION TO DISMISS**

Pending before the Court is Plaintiff's motion to dismiss [doc. # 51], filed March 20, 2006.  The Court GRANTS the motion.  *See* FED. R. CIV. P. 41(a)(2).  All claims against Defendant Experian Information Solutions, Inc.[1] in the above-styled and numbered cause are DISMISSED WITH PREJUDICE.

SIGNED March 23, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff's claims against Defendant Trans Union, LLC were previously dismissed. *See* FED. R. CIV. P. 12(b)(6).

DLI-5986478v1