IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WENDY BITTICK | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:05-CV-405-Y |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., TRANS UNION, | § | |
| LLC, and EQUIFAX INFORMATION | § | |
| SERVICES, LLC | § | |

## FINAL JUDGMENT

Pursuant to (1) the stipulation of dismissal filed by Plaintiff and defendant Equifax Information Services, LLC on July 3, 2006, (2) this Court's February 8 order dismissing Plaintiff's claims against defendant TransUnion, LLC, (3) this Court's March 23 order dismissing Plaintiff's claims against defendant Experian Information Solutions, Inc., and (4) Federal Rules of Civil Procedure 58 and 41(a)(1)(ii),

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party incurring same.

SIGNED July 13, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE